UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-CR-20075-HUCK/McAliley

**UNITED STATES OF AMERICA,**

    Plaintiff,

vs.

**JAMES KELLY MORENCY,**

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION ON CHANGE OF PLEA

THIS CAUSE came before the Court upon the Defendant's request to enter a plea of guilty before the Magistrate Judge.

THIS MATTER was referred to U.S. Magistrate Judge Chris M. McAliley on April 10, 2017 [ECF No. 41]. A Report and Recommendation [ECF No. 52] from April 26, 2017, recommended that the Defendant's plea of guilty be accepted. The Defendant and the U.S. Government were afforded the opportunity to file objections to the Report and Recommendation. No objections have been filed. The Court has conducted a *de novo* review of the entire file. Accordingly, it is

ORDERED AND ADJUDGED that the Report and Recommendation **[ECF No. 52]** of U.S. Magistrate Judge Chris M. McAliley is hereby adopted and approved in its entirety. The **Defendant James Kelly Morency** is adjudged guilty as to the offenses charged in Counts 1, 15, 16, and 17 of the Superseding Indictment.

DONE AND ORDERED in chambers in Miami, Florida, this 6 day of June, 2017.

                                        PAUL C. HUCK
                                      UNITED STATES DISTRICT JUDGE

cc: All counsel of record